UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT E. JONES, | Case No. 3:22-cv-00137-MMD-CSD |
| Plaintiff, | ORDER |
| v. | |
| KATHRYN REYNOLDS, *et al.*, | |
| Defendants. | |

On June 1, 2022, the Court entered an order screening this case under 28 U.S.C. § 1915A.  (ECF No. 3.)  The screening order dismissed the complaint without prejudice and with leave to file an amended complaint within 30 days.  (*Id.* at 5-6.)  Plaintiff has now filed a motion requesting a 90-day extension to file his amended complaint.  (ECF No. 5.)  The Court grants Plaintiff's motion.  Plaintiff shall file any amended complaint on or before September 30, 2022.  Absent unusual circumstance, the Court does not anticipate granting any further extensions.  Pursuant to the Court's screening order, if Plaintiff fails to file an amended complaint on or before October 30, 2022, this case will be subject to dismissal without prejudice.  (ECF No. 3.)

For the foregoing reasons, **IT IS ORDERED** that:

1. Plaintiff's request for an extension to file his amended complaint (ECF No. 5) is **GRANTED**.  Plaintiff will file any amended complaint on or before September 30, 2022.

2. It is further ordered that if Plaintiff fails to file an amended complaint on or before September 30, 2022, this case will be subject to dismissal without prejudice.

DATED THIS  30th day of June 2022.


UNITED STATES MAGISTRATE JUDGE

1